**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6916**

---

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

ALEKSEY LOSHA SOSONKO,

                    Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen Lipton Hollander, Senior District Judge. (1:15-cr-00261-ELH-2)

---

Submitted: January 23, 2025                    Decided: January 29, 2025

---

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Aleksey Losha Sosonko, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aleksey Losha Sosonko appeals the district court's order denying his motion for compassionate release, brought pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. We review a district court's denial of a motion for compassionate release for abuse of discretion. *United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023). "In doing so, we ensure that the district court has not acted arbitrarily or irrationally, has followed the statutory requirements, and has conducted the necessary analysis for exercising its discretion." *Id*. (internal quotation marks omitted). "To grant a compassionate release motion, the district court must conclude that the prisoner is eligible for a sentence reduction because he has shown extraordinary and compelling reasons supporting relief, and that release is appropriate under the 18 U.S.C. § 3553(a) sentencing factors, to the extent those factors are applicable." *Id*. at 128 (alterations and internal quotation marks omitted).

Upon review, we conclude that the district court did not abuse its discretion in determining that Sosonko failed to identify extraordinary and compelling reasons to grant relief. Accordingly, we affirm the district court's order. *United States v. Sosonko*, No. 1:15-cr-00261-ELH-2 (D. Md. Aug. 1, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2